# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

| | |
|---|---|
| Honorable Dale A. Drozd<br>United States District Judge<br>Fresno, California | **RE:** Yvette Arellano Higuera<br>Docket Number: 1:17CR00096-001 DAD<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Yvette Arellano Higuera is requesting permission to travel to Mexicali, Mexico. She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 16, 2016, Yvette Arellano Higuera was sentenced for the offense of 21 USC 952 and 960, Importation of Methamphetamine. On April 19, 2017, jurisdiction was transferred to the Eastern District of California – Fresno.

**Sentence Imposed:** 12 months and 1 day custody in the Bureau of Prisons; 3 years Supervised Release; and $100 Special Assessment (paid).

**Dates and Mode of Travel:** June 17, 2018, through September 17, 2018. Travel mode is personal vehicle.

**Purpose:** Offender wants to travel to Mexico to spend time with her kids.

**RE:** Yvette Arellano Higuera
　　　Docket Number: 1:17CR00096-001 DAD
　　　<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　*Adrian Garcia*
　　　　　　　　　　　　**ADRIAN GARCIA**
　　　　　　　　　　　　**United States Probation Officer**

Dated:　June 11, 2018
　　　　Fresno, California
　　　　AG/dp


**REVIEWED BY:**　　　*Tim D. Mechem*
　　　　　　　　　　　**TIM D. MECHEM**
　　　　　　　　　　　**Supervising United States Probation Officer**

---

### ORDER OF THE COURT

**The Court orders:**

　☒ Approved　　☐ Disapproved

IT IS SO ORDERED.

　Dated:　**June 12, 2018**　　　　　　　　　　_Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE